UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                  4:07CR00009-01

ORTAVIS WELLS                                                   DEFENDANT

## ORDER

Pending is Defendant's Motion for Bond Hearing (Doc. No. 18). Plaintiff has responded (Doc. No. 24). Defendant's motion is DENIED.

A judge will detain a defendant who is guilty of committing a crime of violence unless the judge finds it likely that a motion for an acquittal or new trial will be granted, or no sentence of imprisonment will be imposed, and the judicial officer finds that the defendant is not likely to flee or pose a danger to any person or the community.[1] In the Eighth Circuit, a violation of 18 U.S.C. § 922(g)(1) is considered a crime of violence.[2]

Defendant pled guilty to a violation of 18 U.S.C. § 922(g)(1). Because I do not find it likely that a motion for an acquittal or new trial will be granted, and because a sentence of imprisonment will be imposed, Defendant's motion is DENIED.

IT IS SO ORDERED this 3rd day of October, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]18 U.S.C. §§ 3143(a)(2), 3142(f)(1)(A).

[2]See *United States v. Shirley*, 189 F. Supp. 2d 966 (W.D. Mo. 2002). 18 U.S.C. § 922(g)(1) reads: "It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."